IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
(CLARKSBURG)

| | |
|---|---|
| PREUSSAG INTERNATIONAL STEEL CORPORATION, d/b/a INFRA-METALS CO., a Georgia corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARCH-WESTIN CO., INC., a West Virginia corporation; TITAN FABRICATION & CONSTRUCTION, INC., an Ohio corporation, ZURICH AMERICAN INSURANCE CO., a New York corporation; and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,<br><br>Defendants. | CIVIL ACTION NO. 1:04-CV-233<br>(Judge Keeley) |

## ORDER GRANTING PLAINTIFF'S MOTION TO REMOVE THE APPEARANCE OF ALLISON S. NOBACK AS ITS CO-COUNSEL

Upon consideration of **PLAINTIFF'S MOTION TO REMOVE THE APPEARANCE OF ALLISON S. NOBACK AS ITS CO-COUNSEL**, it is **ORDERED** that the Motion be, and the same is hereby, **GRANTED** and **APPROVED** and that Allison S. Noback's appearance on behalf of Plaintiff is removed. The Clerk is directed to remove Ms. Noback from the docket sheet and ECF notices.

DATED: November 30, 2007

Irene M. Keeley
United States District Judge