# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

PREUSSAG INTERNATIONAL
STEEL CORP. d/b/a, INFRA-METALS
CO., a Georgia Corp.,

    **Plaintiff,**

       v.                        **(CIVIL) NO: 1:04-CV-233**

MARCH-WESTIN CO., INC.,
a West Virginia Corp., et al.

    **Defendant(s).**

## O R D E R

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Erin Bolan HInes, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: _December 4, 2007_

_____
United States District Judge